1028

THE STATE OF WASHINGTON, *Respondent*, v. HERON S. LINDSAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-04985-9, LeRoy McCullough, J., entered October 16, 2015. *Dismissed* by unpublished per curiam opinion.

*In the Matter of the Parenting and Support of* BAINYA SHAY.

THOMAS O. BAICY, *Appellant*, v. DANELLE M. SHAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-03868-0, Susan H. Amini, J., entered October 22, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Mann, J.

*In the Matter of the Dependency of* J.O. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. SONIA A. OROZCO-SALGADO, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 15-7-01946-3, Suzanne Parisien, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.